# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-7117**　　　　　　　　　　　　　　**September Term, 2024**

1:21-cv-01565-CRC

Filed On: November 12, 2024 [2084482]

Michelle Florio, as personal representative of the Estate of Steven Florio, deceased, et al.,

   Appellants

  v.

Gallaudet University, et al.,

   Appellees

## M A N D A T E

In accordance with the judgment of October 4, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

      BY: /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the judgment filed October 4, 2024